# EXHIBIT B

Aaron R. Easley, Esq.
SESSIONS FISHMAN NATHAN & ISRAEL
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
E-Mail:  aeasley@sessions.legal
Attorney for Defendant
Transworld Systems, Inc.

| | |
|---|---|
| JOHN FLORIANI, <br><br> Plaintiff, <br><br> v. <br><br> TRANSWORLD SYSTEMS INC.; HACKENSACKUMC FITNESS; ABC CORPS I-X, <br><br> Defendant. | **SUPERIOR COURT OF NEW JERSEY SPECIAL CIVIL DIVISION, BERGEN COUNTY** <br><br> **Civil Action No.: BER-DC-003166-18** <br><br> **NOTICE OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** |

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the District of New Jersey.  Attached hereto as Exhibit "1" is a copy of the Notice of Removal filed in the United States District Court for the District of New Jersey effecting such removal.

PLEASE TAKE FURTHER NOTICE that in accordance with 28 U.S.C. § 1446(d), the Superior Court of New Jersey, Law Division Special Civil Part, Bergen County, shall proceed no further in this action unless and unless the action is remanded by the United States District Court for the District of New Jersey.

Dated: March 13, 2018                                             Respectfully submitted,

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
SESSIONS FISHMAN NATHAN & ISRAEL
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
E-Mail: aeasley@sessions.legal

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, a copy of the foregoing **Notice of Filing of Notice of Removal to the United States District Court for the District of New Jersey** was served electronically via CM/ECF and by placing a copy of the same via U.S. Mail postage prepaid upon all parties of record.

Louis J. Johnson Jr., Esq.
The Law Office Of Louis J. Johnson Jr.
50 Harrison Street, PH-458
Hoboken, NJ  07030
Attorneys for Plaintiff

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
*Attorney for Defendant,*
*Transworld Systems, Inc.*